UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT E. STAFNE,

    Plaintiff,

  v.

THOMAS S. ZILLY, *et al.*,

    Defendants.

Case No. C17-1692RSL

ORDER DIRECTING FILING
OF REDACTED COMPLAINT

  This matter comes before the Court *sua sponte*. On November 9, 2017, plaintiff filed a complaint in the above-captioned matter that contains information subject to the redaction requirements of LCR 5.2(a)(1). Docket entry #1 has therefore been sealed. Plaintiff is directed to file a properly redacted version of the complaint within three days of the date of this Order.

  Dated this 14th day of November, 2017.

        /s/ Robert S. Lasnik

        Robert S. Lasnik
        United States District Judge