IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **SCOTT E. STAFNE**, <br><br> Plaintiff, <br><br> v. <br><br> **THOMAS S. ZILLY,** <br> **JOHN C. COUGHENOUR,** <br> **BARRY G. SILVERMAN, and** <br> **TY TRENARY**, <br><br> Defendants. | Case No. 2:17-cv-01692-MHS <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED WITH PREJUDICE.

DATED this 9th day of October, 2018.

                                                      */s/ Michael H. Simon*
                                                      Michael H. Simon
                                                      United States District Judge